UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
EUGENE DUNCAN,

            Plaintiff,

-against-

WANG HUYNH GROUP LLC,

           Defendants.
-------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:21-cv-3691-WKF-RLM

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.P. 41(a)(1)(A)(i)**

    Plaintiff Eugene Duncan provides this Notice of Voluntary Dismissal and informs the court the Parties have settled the matter amicably. Therefore, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff by his counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice against the Defendant Wang Huynh Group LLC.

Dated: New York, New York
       February 18, 2022

THE MARKS LAW FIRM, PC

By:_____
Bradly G. Marks
Attorney for Plaintiff
155 E 55th Street, Suite 6A
New York, NY 10022
T:(646) 770-3775
F: (646) 770- 2639
Brad@markslawfirm.net

SO ORDERED.

s/ WFK

Dated: March 7, 2022
       Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE